IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$278,535.00 IN U.S. CURRENCY,<br><br>    Defendant *in rem.* | NO. 4:26-MC-2 |

**UNOPPOSED MOTION TO EXTEND**
**TIME TO FILE JUDICIAL FORFEITURE ACTION**

The United States of America—with consent from Claimant Martin Ramirez through his attorney Octavio Dominguez—authorized by 18 U.S.C. § 983(a)(3)(A), moves the Court to extend the time in which the United States is required to file a complaint for civil judicial forfeiture from January 29, 2026, to February 12, 2026, regarding property to which a claim has been filed by the claimant in an administrative forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"), and in support states:

    1.    The seized property in the custody of the DEA is described as $278,535.00 in U.S. Currency ("the property").

    2.    On June 24, 2025, DEA agents seized the property from Martin Ramirez at a gas station in Fort Worth, Texas.

    3.    The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to interested parties.

4. Martin Ramirez filed an administrative claim on October 31, 2025.

5. According to 18 U.S.C. § 983(a)(3), the United States is to file a judicial forfeiture action no later than 90 days after an administrative claim has been filed or return the seized property pending such filing, except that a court may extend the filing period for good cause shown or upon agreement of the parties.

6. Pursuant to 19 U.S.C. §§ 1603–04, the seizing agency transmitted the claim to the United States Attorney's Office to pursue a judicial forfeiture action against the property.

7. Unless the Court extends the judicial filing deadline for good cause or upon agreement of the parties, the 90-day period that began with the claim filed by Martin Ramirez expires on January 29, 2026.

8. The parties have agreed to extend the time for filing a judicial action to and including February 12, 2026. The United States requests an order of court to extend the time for filing a judicial action to and including February 12, 2026, to allow additional time for the parties to explore an agreed early resolution of this matter.

## Conclusion

Therefore, the United States requests an order to extend the filing period for a judicial forfeiture action as to the seized property, $278,535.00 in U.S. Currency, to and including February 12, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY


/s/ *John Penn*
JOHN PENN
Assistant United States Attorney
Indiana Bar No. 28722-29
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: john.penn@usdoj.gov

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with counsel for Claimant Martin Ramirez, Octavio Dominguez, and understand he is not opposed to the relief sought by this motion.

*/s/ John Penn*
John Penn
Assistant United States Attorney